Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Defendant District Council 16
Northern California Health and Welfare Trust
Fund, into which the Bay Area Painters
and Tapers Trust Fund merged (erroneously named
as Bay Area Painters and Tapers Health
Fund in Alameda)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTEREY PENINSULA ORTHOPEDIC AND SPORTS MEDICINE INSTITUTE, a California Corporation<br><br>Plaintiffs,<br>v.<br><br>BAY AREA PAINTERS AND TAPERS HEALTH FUND IN ALAMEDA, a business entity form unknown, and DOES 1-100 inclusive,<br><br>Defendants. | U.S. District Court Case No.: C12-5373 PJH<br><br>Alameda County Superior Court<br>Case No.: RG12646373<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE THAT, pursuant to FRCP Rule 41(a)(1)(ii), PLAINTIFF MONTEREY PENINSULA ORTHOPEDIC AND SPORTS MEDICINE INSTITUTE, a California Corporation ("Plaintiff"), and DEFENDANT DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, into which the BAY AREA PAINTERS AND TAPERS TRUST FUND merged (erroneously named BAY AREA PAINTERS AND TAPERS HEALTH FUND IN ALAMEDA), hereby stipulate to the voluntarily dismissal, with prejudice, of this Action.

This Action was initially filed by Plaintiffs in the Superior Court for the County of Alameda on August 31, 2012. Defendants removed this Action to Federal Court on October 18, 2012. Defendants have not answered the Complaint, but have otherwise appeared in effectuating the removal of this Action. Plaintiffs have not previously filed or dismissed any similar Action against Defendant. Thus, the parties request that the Court immediately this Action with prejudice.

Respectfully submitted,

Dated: October 31, 2012

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____
Michele R. Stafford, Esq.
Attorneys for Defendants

Dated: October 31, 2012

GERSTL & HUDSON

By: _____
Hugo N. Gerstl, Esq.
Attorneys for Plaintiffs

IT IS SO ORDERED.

The above entitled Action is dismissed without prejudice.

Dated: 11/1/12

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (United States District Court, Northern District of California seal)*

STIPULATION OF DISMISSAL
Case No: C12-5373 PJH

P:\CLIENTS\DC16WP\Cases\Monterey Peninsula Sports\Pleadings\District Court\Stipulation of Voluntary Dismissal102912.DOC